DONALD W. COOK, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444; (213) 252-0091 facsimile
E-mail: manncook@earthlink.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE A. CARDINALE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>XAVIER BECERRA, an individual sued in his official capacity only; SCOTT R. JONES, an individual sued in his official and individual capacities; COUNTY OF SACRAMENTO, a governmental entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a public entity; CLINTON ROBINSON (#305), an individual sued in his official and individual capacities; and Does 1 through 20, all sued in their individual capacities,<br><br>Defendants. | Case No. 2:20-cv-1325-MCE-CKD<br><br>**DECLARATION OF DONALD W. COOK RE PROOF OF SERVICE OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION AND RELATED DOCUMENTS** |

TO THE COURT:

Attached hereto is the declaration of Plaintiff's counsel re proof of service of the following:

● Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities (doc. 10);

● Declarations of Connie A. Cardinale and Donald W. Cook In Support of Motion for Preliminary Injunction (doc. 10-1); and

-1-

00139578.WPD

- [Proposed] Order Granting Motion for Preliminary Injunction (doc. 11).

DATED: July 21, 2020

**DONALD W. COOK**
Attorney for Plaintiff

By_____
Donald W. Cook

# DECLARATION OF DONALD W. COOK

I, DONALD W. COOK, declare:

1. I am the attorney of record for Plaintiff. I am over the age of 18 years and I am not a party to this lawsuit. My business address is 3435 Wilshire Boulevard, Suite 2910, Los Angeles, California 90010.

2. On July 20, 2020, at about 11:48 p.m., I personally served the below listed document on defendant Xavier Becerra, an individual sued in his official capacity only. Service was made electronically pursuant to the procedure established and published by the Office of the California Attorney General, see website https://oag.ca.gov/services-info. I served the following:

● Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities (doc. 10).

3. On July 20, 2020, I received a call from attorney Jonathan Paul (CSB 215884) of the law firm Rivera Hewitt Paul LLP, 11341 Gold Express Dr., Ste. 160, Gold River, CA 95670 (916) 922-1200, and later spoke with him that day. Mr. Paul informed me he was representing defendants Scott R. Jones, County of Sacramento, Sacramento County Sheriff's Department, and Clinton Robinson (#305) in the above matter. That same day at about 11:50 p.m., I served Mr. Paul electronically via his state bar listed email address of jpaul@rhplawyers.com the following documents:

● Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities (doc. 10); and

● Declarations of Connie A. Cardinale and Donald W. Cook In Support of Motion for Preliminary Injunction (doc. 10-1).

4. On July 21, 2020, at about 6:52 a.m. and 8:30 a.m., I personally served the below listed documents on defendant Xavier Becerra, an individual sued in his official capacity only. Service was made electronically pursuant to the procedure established and

published by the Office of the California Attorney General, see website https://oag.ca.gov/services-info. I served the following:

• Declarations of Connie A. Cardinale and Donald W. Cook In Support of Motion for Preliminary Injunction (doc. 10-1); and

• [Proposed] Order Granting Motion for Preliminary Injunction (doc. 11).

5. On July 21, 2020, at about 8:29 a.m., I personally served attorney Jonathan Paul (CSB 215884) electronically via his state bar listed email address of jpaul@rhplawyers.com, the following document:

• [Proposed] Order Granting Motion for Preliminary Injunction (doc. 11).

6. The transmissions described above were completed without error and I did not receive, within reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct. Executed July 21, 2020, at Los Angeles, California.

_____
Donald W. Cook