**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444; (213) 252-0091 facsimile
E-mail: manncook@earthlink.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE A. CARDINALE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>XAVIER BECERRA, an individual sued in his official capacity only; SCOTT R. JONES, an individual sued in his official and individual capacities; COUNTY OF SACRAMENTO, a governmental entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a public entity; CLINTON ROBINSON (#305), an individual sued in his official and individual capacities; and Does 1 through 20, all sued in their individual capacities,<br><br>Defendants. | Case No. 2:20-cv-1325-MCE-CKD<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT XAVIER BECERRA** |

TO THE HON. MORRISON C. ENGLAND, JR., UNITED STATES DISTRICT JUDGE:

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, Plaintiff and defendant Xavier Becerra (sued in his official capacity only) stipulate to a dismissal with prejudice of all claims asserted against him. The dismissal would be without prejudice, however, to any claim for damages, if any, arising under state law and filed in state court that Plaintiff may assert against the State of California and/or any of its officials or employees

-1-

and arising from acts giving rise to the present lawsuit. Should Plaintiff pursue a damages claim, the parties agree that this Stipulation is without prejudice to any defense the State (including any of its officials or employees or departments) may assert as against such claim based on immunity, statute of limitations, or other failure to comply with the State's administrative claim process. The parties further agree that each side shall bear their own costs.

DATED: August 16, 2021

**DONALD W. COOK**
Attorney for Plaintiff

By _____
Donald W. Cook

DATED: August 16, 2021

**ROB BONTA**
Attorney General of California
**CATHERINE WOODBRIDGE**
Supervising Deputy Attorney General
Attorneys for Defendant Xavier Becerra

s/ John C. Bridges

By _____
John C. Bridges
Deputy Attorney General

-2-

00145694.WPD