# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE A. CARDINALE, an individual, | Case No. 2:20-cv-1325-MCE-CKD |
| Plaintiff, | **ORDER** |
| vs. | |
| XAVIER BECERRA, an individual sued in his official capacity only; SCOTT R. JONES, an individual sued in his official and individual capacities; COUNTY OF SACRAMENTO, a governmental entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a public entity; CLINTON ROBINSON (#305), an individual sued in his official and individual capacities; and Does 1 through 20, all sued in their individual capacities | |
| Defendants. | |

DONALD W. COOK.
Attorney at Law
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
((213) 252-9444

Order Dismissing Claims Against Defendant etc.
Case No. 2:20-cv-1325-MCE-CKD                    1                    20CV1325.O.0816

Pursuant to the parties' stipulation (ECF No. 39) and its terms, and under Rule 41, Federal Rules of Civil Procedure, the Court hereby dismisses with prejudice all claims against defendant Xavier Becerra, each side to bear their own costs.  This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

Dated:  August 17, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

DONALD W. COOK.
Attorney at Law
3435 Wilshire Blvd., Ste. 2910
Los Angeles, CA 90010
((213) 252-9444

Order Dismissing Claims Against Defendant etc.
Case No. 2:20-cv-1325-MCE-CKD

2

20CV1325.O.0816