1  **DONALD W. COOK**, CSB 116666
   ATTORNEY AT LAW
2  3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA 90010
3  (213) 252-9444; (213) 252-0091 facsimile
   E-mail: manncooklaw@gmail.com
4
   Attorney for Plaintiff
5

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE A. CARDINALE, an individual, | Case No. 2:20-cv-1325-MCE-CKD |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AS AGAINST DEFENDANTS SCOTT R. JONES, COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT AND CLINTON ROBINSON** |
| vs. | |
| XAVIER BECERRA, an individual sued in his official capacity only; SCOTT R. JONES, an individual sued in his official and individual capacities; COUNTY OF SACRAMENTO, a governmental entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a public entity; CLINTON ROBINSON (#305), an individual sued in his official and individual capacities; and Does 1 through 20, all sued in their individual capacities, | |
| Defendants. | |

TO THE CLERK OF THE COURT:

Plaintiff hereby requests that the Clerk enter default as against defendants Scott R. Jones, County of Sacramento, Sacramento County Sheriff's Department and Clinton Robinson ("the County Defendants").

///

-1-

00150872.WPD

On July 10, 2020, Plaintiff served her Complaint on the County Defendants. See ECF 6, 7, 8 & 9, all filed 7/16/2020 and 7/20/2020. The conformed Proofs of Service are attached hereto as **Exhibit A**. As of this date, the County Defendants have not filed an Answer to the Complaint. See attached Declaration of Donald W. Cook.

DATED: May 10, 2022

**DONALD W. COOK**
Attorney for Plaintiff

By: _____
     Donald W. Cook

## DECLARATION OF DONALD W. COOK

I, DONALD W. COOK, declare:

1. I am the attorney representing Plaintiff.

2. As of this date, Plaintiff has never been served with any Answer to the Complaint by any of the County Defendants (Scott R. Jones, County of Sacramento, Sacramento County Sheriff's Department and Clinton Robinson). A review of the Court's docket shows these defendants were all served on July 10, 2020, and the Proofs of Service were filed July 16 and 20, 2020 (ECF 6, 7, 8 & 9).

I declare under penalty of perjury that the foregoing is true and correct. Executed May 10, 2022, at Los Angeles, California.

_____
Donald W. Cook

00150872.WPD

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Donald W. Cook <br> Mann & Cook Attorneys <br> 3435 Wilshire Blvd Suite 2910 Los Angeles, CA 90010 <br> TELEPHONE NO.: (213) 252-9444 \| FAX NO. (213) 252-0091 \| E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: PLAINTIFF: | FOR COURT USE ONLY |
|---|---|
| Reference: <br> 2:20-CV-01325-MCE-CKD | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION | |
| Plaintiff: CONNIE A. CARDINALE, <br> Defendant: XAVIER BECERRA, ET AL., | |

| PROOF OF SERVICE OF SUMMONS | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: <br> 2:20-CV-01325-MCE-CKD |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: STIPULATION TO ELECT REFERRAL; MAGISTRATE JUDGE CONSENT IN A CIVIL CASES; CONSENT/ DECLINE MAGISTRATE; INTIAL PRETIAL
3. a. Party served *(specify name of party as shown on documents served)*:
   **COUNTY OF SACRAMENTO**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **DAWLEQICZ GRAZYNA - DEPUTY CLERK/ AUTHORIZED TO ACCEPT**
   Age: 60    Weight: 125    Hair: BRN    Sex: Female
   Height: 5-5    Eyes: BLU    Race: CAUC

4. Address where the party was served: **700 H STREET, # STE 2450 SACRAMENTO, CA 95814**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **7/10/2020**  (2) at *(time)*: **12:10 PM**

   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10 <br> POS010-1/P133390

Sacramento County Proof of Service <br> ECF 6 filed 7/16/20

-4-

EXHIBIT A

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on (date):                            (2) from (city):

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    a. ☐ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify):*
    c. ☐ as occupant.
    d. ☑ On behalf of *(specify):* **COUNTY OF SACRAMENTO**
       under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☑ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
    a. Name: **ROMAN DEVON WHITE - Mann & Cook Attorneys**
    b. Address: **3435 Wilshire Blvd  Los Angeles, CA 90010**
    c. Telephone number: **(213) 252-9444**
    d. The fee for service was: **$ 50.00**
    e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner   ☑ employee   ☐ independent contractor.
         (ii) Registration No.: **2019- 41**
         (iii) County: **SACRAMENTO**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **7/10/2020**

Legalese.
**Mann & Cook Attorneys
3435 Wilshire Blvd
Los Angeles, CA 90010
(213) 252-9444
www.legaleseattorneyservice.com**

**ROMAN DEVON WHITE**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶    (SIGNATURE)

---

POS-010 [Rev January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Page 2 of 2
    POS-010/P133390

**Sacramento County Proof of Service
ECF 6 filed 7/16/20**    -5-    **EXHIBIT A**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*:<br>Donald W. Cook<br>Mann & Cook Attorney<br>3435 Wilshire Blvd  Suite 2910 Los Angeles, CA 90010<br>TELEPHONE NO.: (213) 252-9444 | FAX NO. (213) 252-0091 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF: | **POS-010**<br>*FOR COURT USE ONLY* |

Reference:
2:20-CV-01325-MCE-CKD

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

Plaintiff: CONNIE A. CARDINALE,
Defendant: XAVIER BECERRA, ET AL.,

**PROOF OF SERVICE OF SUMMONS** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:20-CV-01325-MCE-CKD

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* STIPULATION TO ELECT REFERRAL; MAGISTRATE JUDGE CONSENT IN A CIVIL CASES; CONSENT/ DECLINE MAGISTRATE; INTIAL PRETIAL

3. a. Party served *(specify name of party as shown on documents served)*:
   **SACRAMENTO COUNTY SHERIFF'S DEPARTMENT**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **PAM OSBORNE - SENIOR OFFICE ASSISTANT/ AUTHORIZED TO ACCEPT**
   Age: 58   Weight: 140   Hair: BRN   Sex: Female
   Height: 5-7   Eyes: BRN   Race: CAUC

4. Address where the party was served: **700 H STREET, # STE 2450**
   **SACRAMENTO, CA 95814**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **7/10/2020**   (2) at *(time):* **1:22 PM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
      *(date):*  from *(city):*    or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/P133393

**Sacramento Sheriff's Dept. Proof of Service**
**ECF 7 filed 7/16/20**
**-6-**

**EXHIBIT A**

| PETITIONER: CONNIE A. CARDINALE | CASE NUMBER: |
|---|---|
| RESPONDENT: XAVIER BECERRA, ET AL., | 2:20-cv-01325-MCE-CKD |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                   (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify)*: **SACRAMENTO COUNTY SHERIFF'S DEPARTMENT**
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)                      ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
    ☑ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                            ☐ other:

7. **Person who served papers**
  a. Name: **ROMAN DEVON WHITE - Mann & Cook Attorneys**
  b. Address: **3435 Wilshire Blvd  Los Angeles, CA 90010**
  c. Telephone number: **(213) 252-9444**
  d. The fee for service was: **$ 25.00**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (i) ☐ owner  ☑ employee  ☐ independent contractor.
      (ii) Registration No.: **2019- 41**
      (iii) County: **SACRAMENTO**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **7/10/2020**

Legalese.
**Mann & Cook Attorneys**
**3435 Wilshire Blvd**
**Los Angeles, CA 90010**
**(213) 252-9444**
**www.legaleseattorneyservice.com**

_____    ▶   _____
**ROMAN DEVON WHITE**                                                    (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev January 1, 2007]    PROOF OF SERVICE OF SUMMONS    Page 2 of 2
POS-010/P133393

**Sacramento Sheriff's Dept. Proof of Service**                    **EXHIBIT A**
**ECF 7 filed 7/16/20**    -7-

POS-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*:
Donald W. Cook
Mann & Cook Attorneys
3435 Wilshire Blvd Suite 2910 Los Angeles, CA 90010
TELEPHONE NO.: (213) 252-9444 | FAX NO. (213) 252-0091 | E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: PLAINTIFF:

FOR COURT USE ONLY

Reference:
2:20-CV-01325-MCE-CKD

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

*Plaintiff:* CONNIE A. CARDINALE,
*Defendant:* XAVIER BECERRA, ET AL.,

| PROOF OF SERVICE OF SUMMONS | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:20-CV-01325-MCE-CKD |
|---|---|---|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: STIPULATION TO ELECT REFERRAL; MAGISTRATE JUDGE CONSENT IN A CIVIL CASES; CONSENT/ DECLINE MAGISTRATE; INTIAL PRETIAL
3. a. Party served *(specify name of party as shown on documents served)*:
   **SCOTT R. JONES**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: **700 H STREET, # STE 2450 SACRAMENTO, CA 95814**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:

   b. ☑ **by substituted service.** On *(date)*: 7/10/2020 at *(time)*: 1:22 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **PAM OSBORNE - SENIOR OFFICE ASSISTANT/ AUTHORIZED TO ACCEPT**
   Age: 58   Weight: 140   Hair: BRN   Sex: Female
   Height: 5-7   Eyes: BRN   Race: CAUC

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*: 7/10/2020 from *(city)*: SACRAMENTO   or ☑ a declaration of mailing is attached.

   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10
POS010-1/P133392

**Scott R. Jones Proof of Service
ECF 8 filed 7/20/20**                    **-8-**                    **EXHIBIT A**

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on (date):  (2) from (city):

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:

| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
   a. Name: **ROMAN DEVON WHITE - Mann & Cook Attorneys**
   b. Address: **3435 Wilshire Blvd  Los Angeles, CA 90010**
   c. Telephone number: **(213) 252-9444**
   d. The fee for service was: **$ 25.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner  ☑ employee  ☐ independent contractor.
         (ii) Registration No.: **2019- 41**
         (iii) County: **SACRAMENTO**

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **7/10/2020**

Legalese.
**Mann & Cook Attorneys**
**3435 Wilshire Blvd**
**Los Angeles, CA 90010**
**(213) 252-9444**
**www.legaleseattorneyservice.com**

**ROMAN DEVON WHITE**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)   ▶ *(signature)*   (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Donald W. Cook <br> Mann & Cook Attorneys <br> 3435 Wilshire Blvd Suite 2910 Los Angeles, CA 90010 <br> TELEPHONE NO.: (213) 252-9444 \| FAX NO. (213) 252-0091 \| E-MAIL ADDRESS *(Optional)*: manncook@earthlink.net <br> ATTORNEY FOR *(Name)*: PLAINTIFF: | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT <br> STREET ADDRESS: 501 I Street, Room 4-200 <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Sacramento, CA 95814 <br> BRANCH NAME: EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION | |
| PLAINTIFF/PETITIONER: CONNIE A. CARDINALE, <br> DEFENDANT/RESPONDENT: XAVIER BECERRA, ET AL., | CASE NUMBER: <br> 2:20-CV-01325-MCE-CKD |
| DECLARATION OF DILIGENCE | Ref. No. or File No.: <br> 2:20-CV-01325-MCE-CKD |

I, ROMAN DEVON WHITE , declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: SCOTT R. JONES as follows:
Documents:

Summons; Complaint; STIPULATION TO ELECT REFERRAL; MAGISTRATE JUDGE CONSENT IN A CIVIL CASES; CONSENT/ DECLINE MAGISTRATE; INTIAL PRETIAL;

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 7/7/2020 | 6:45 PM | Business | The business is closed at this time. <br> 700 H STREET, # STE 2450 SACRAMENTO, CA 95814 |
| 7/8/2020 | 1:50 PM | Business | The subject is not in, and I could not sub serve the documents yet. <br> 700 H STREET, # STE 2450 SACRAMENTO, CA 95814 |
| 7/9/2020 | 9:00 AM | Business | The subject is not in, and I could not sub serve the documents yet. <br> 700 H STREET, # STE 2450 SACRAMENTO, CA 95814 |
| 7/10/2020 | 1:22 PM | Business | Substitute service has been effected upon the subject, by serving a competent member of the business of legal age for acceptance . <br> 700 H STREET, # STE 2450 SACRAMENTO, CA 95814 |

Fee for Service: $ 25.00
County:   SACRAMENTO
Registration No.:  2019- 41
Legalese Attorney Service, LLC
705 F Street 1 & 2
Sacramento, CA 95814
(916) 453-2860
www.legaleseattorneyservice.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 10, 2020.

Signature: _____
ROMAN DEVON WHITE

AFFIDAVIT OF REASONABLE DILIGENCE

EXHIBIT A

| Attorney or Party without Attorney: Donald W. Cook, Mann & Cook Attorneys 3435 Wilshire Blvd Suite 2910 Los Angeles, CA 90010 TELEPHONE No.: (213) 252-9444   E MAIL ADDRESS (Optional): manncook@earthlink.net   FAX No. (Optional): (213) 252-0091 | FOR COURT USE ONLY |
|---|---|
| Attorney for: PLAINTIFF | |
| | Ref No. or File No.: 2:20-CV-01325-MCE-CKD |

| Insert name of Court, and Judicial District and Branch Court: UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION |
|---|
| Plaintiff: CONNIE A. CARDINALE, |
| Defendant: XAVIER BECERRA, ET AL., |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:20-CV-01325-MCE-CKD |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; STIPULATION TO ELECT REFERRAL; MAGISTRATE JUDGE CONSENT IN A CIVIL CASES; CONSENT/ DECLINE MAGISTRATE; INTIAL PRETIAL;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SACRAMENTO, California, addressed as follows:

   a. Date of Mailing:        July 10, 2020
   b. Place of Mailing:       SACRAMENTO, CA
   c. Addressed as follows:   SCOTT R. JONES
                              700 H STREET STE 2450
                              SACRAMENTO, CA 95814

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SACRAMENTO, California in the ordinary course of business.

Fee for Service: $ 25.00

Legalese Attorney Service, LLC
705 F Street
Sacramento, CA 95814
(916) 453-2860
www.legaleseattorneyservice.com

I Declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 10, 2020.

Signature: _____
CHASTITY V. MEYERS

PROOF OF SERVICE BY MAIL

Order#: P EXHIBIT A

Scott R. Jones Proof of Service
ECF 8 filed 7/20/20

-11-

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: Donald W. Cook Mann & Cook Attorney 3435 Wilshire Blvd Suite 2910 Los Angeles, CA 90010 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (213) 252-9444 | FAX NO. (213) 252-0091 | E-MAIL ADDRESS *(Optional)*: ATTORNEY FOR *(Name)*: PLAINTIFF: | |

Reference:
2:20-CV-01325-MCE-CKD

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

Plaintiff: CONNIE A. CARDINALE,
Defendant: XAVIER BECERRA, ET AL.,

| PROOF OF SERVICE OF SUMMONS | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:20-CV-01325-MCE-CKD |
|---|---|---|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: STIPULATION TO ELECT REFERRAL; MAGISTRATE JUDGE CONSENT IN A CIVIL CASES; CONSENT/ DECLINE MAGISTRATE; INTIAL PRETIAL

3. a. Party served *(specify name of party as shown on documents served)*:
   **CLINTON ROBINSON (#305)**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: **700 H STREET, # STE 2450 SACRAMENTO, CA 95814**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:

   b. ☑ **by substituted service.** On *(date)*: 7/10/2020 at *(time)*: 1:22 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **PAM OSBORNE - SENIOR OFFICE ASSISTANT/ AUTHORIZED TO ACCEPT**
   Age: 58      Weight: 140      Hair: BRN      Sex: Female
   Height: 5-7  Eyes: BRN        Race: CAUC

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: 7/10/2020 from *(city)*: SACRAMENTO    or ☑ a declaration of mailing is attached.

   (5) ☑ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use Judicial Council of California POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 POS010-1/P133391 |
|---|---|---|

**C. Robinson Proof of Service**
**ECF 9 filed 7/20/20**

-12-

**EXHIBIT A**

| PETITIONER: CONNIE A. CARDINALE | CASE NUMBER: |
|---|---|
| RESPONDENT: XAVIER BECERRA, ET AL., | CE-CKD |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on (date):            (2) from (city):
  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a. Name: **ROMAN DEVON WHITE - Mann & Cook Attorneys**
   b. Address: **3435 Wilshire Blvd  Los Angeles, CA 90010**
   c. Telephone number: **(213) 252-9444**
   d. The fee for service was: **$ 25.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
          (i) ☐ owner  ☑ employee  ☐ independent contractor.
          (ii) Registration No.: **2019-41**
          (iii) County: **SACRAMENTO**

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **7/10/2020**

Legalese.
**Mann & Cook Attorneys
3435 Wilshire Blvd
Los Angeles, CA 90010
(213) 252-9444
www.legaleseattorneyservice.com**

**ROMAN DEVON WHITE**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          ▶ *(signature)*          (SIGNATURE)

POS-010 [Rev January 1, 2007]        PROOF OF SERVICE OF SUMMONS        Page 2 of 2
                                                                       POS-010/P133391

**C. Robinson Proof of Service**            **EXHIBIT A**
**ECF 9 filed 7/20/20**          -13-

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: Donald W. Cook Mann & Cook Attorneys 3435 Wilshire Blvd Suite 2910 Los Angeles, CA 90010 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (213) 252-9444 | FAX NO. (213) 252-0091 | E-MAIL ADDRESS *(Optional)*: manncook@earthlink.net ATTORNEY FOR *(Name)*: PLAINTIFF: | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 501 I Street, Room 4-200 | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: Sacramento, CA 95814 | |
| BRANCH NAME: EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION | |
| PLAINTIFF/PETITIONER: CONNIE A. CARDINALE, DEFENDANT/RESPONDENT: XAVIER BECERRA, ET AL., | CASE NUMBER: 2:20-CV-01325-MCE-CKD |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.: 2:20-CV-01325-MCE-CKD |

I, ROMAN DEVON WHITE, declare: I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity: CLINTON ROBINSON (#305) as follows:
Documents:
   Summons; Complaint; STIPULATION TO ELECT REFERRAL; MAGISTRATE JUDGE CONSENT IN A CIVIL CASES; CONSENT/ DECLINE MAGISTRATE; INTIAL PRETIAL;

I attempted personal service on the following dates and times with the following results:

| Date | Time | Location | Results |
|---|---|---|---|
| 7/7/2020 | 6:45 PM | Business | The business is closed at this time. 700 H STREET, # STE 2450 SACRAMENTO, CA 95814 |
| 7/8/2020 | 1:50 PM | Business | The subject is not in, and I could not sub serve the documents yet. 700 H STREET, # STE 2450 SACRAMENTO, CA 95814 |
| 7/9/2020 | 9:00 AM | Business | The subject is not in, and I could not sub serve the documents yet. 700 H STREET, # STE 2450 SACRAMENTO, CA 95814 |
| 7/10/2020 | 1:22 PM | Business | Substitute service has been effected upon the subject, by serving a competent member of the business of legal age for acceptance. 700 H STREET, # STE 2450 SACRAMENTO, CA 95814 |

Fee for Service: $ 25.00
County: **SACRAMENTO**
Registration No.: **2019- 41**
**Legalese Attorney Service, LLC
705 F Street 1 & 2
Sacramento, CA 95814
(916) 453-2860
www.legaleseattorneyservice.com**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 10, 2020.

Signature: _____
ROMAN DEVON WHITE

AFFIDAVIT OF REASONABLE DILIGENCE                                         EXHIBIT A

| Attorney or Party without Attorney: Donald W. Cook, Mann & Cook Attorneys 3435 Wilshire Blvd Suite 2910 Los Angeles, CA 90010 TELEPHONE No.: (213) 252-9444 | E-MAIL ADDRESS (Optional): manncook@earthlink.net FAX No. (Optional): (213) 252-0091 | FOR COURT USE ONLY |
|---|---|---|
| Attorney for: PLAINTIFF | Ref No. or File No.: 2:20-CV-01325-MCE-CKD | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

Plaintiff: CONNIE A. CARDINALE,
Defendant: XAVIER BECERRA, ET AL.,

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:20-CV-01325-MCE-CKD |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons; Complaint; STIPULATION TO ELECT REFERRAL; MAGISTRATE JUDGE CONSENT IN A CIVIL CASES; CONSENT/ DECLINE MAGISTRATE; INTIAL PRETIAL;

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SACRAMENTO, California, addressed as follows:

   a. Date of Mailing:        July 10, 2020
   b. Place of Mailing:       SACRAMENTO, CA
   c. Addressed as follows:   CLINTON ROBINSON (#305)
                              700 H STREET, STE 2450
                              SACRAMENTO, CA 95814

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SACRAMENTO, California in the ordinary course of business.

Fee for Service: $ 25.00

Legalese Attorney Service, LLC
705 F Street
Sacramento, CA 95814
(916) 453-2860
www.legaleseattorneyservice.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 10, 2020.

Signature: _____
CHASTITY V. MEYERS

PROOF OF SERVICE BY MAIL

Order#: P  EXHIBIT A

C. Robinson Proof of Service
ECF 9 filed 7/20/20
-15-