**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(213) 252-9444; (213) 252-0091 facsimile
E-mail: manncooklaw@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE A. CARDINALE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>XAVIER BECERRA, an individual sued in his official capacity only; SCOTT R. JONES, an individual sued in his official and individual capacities; COUNTY OF SACRAMENTO, a governmental entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a public entity; CLINTON ROBINSON (#305), an individual sued in his official and individual capacities; and Does 1 through 20, all sued in their individual capacities,<br><br>    Defendants. | Case No. 2:20-cv-1325-MCE-CKD<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF REQUEST FOR ENTRY OF DEFAULT** |

TO THE CLERK OF THE COURT:

Plaintiff hereby withdraws her request for entry of default (ECF 42 filed May 10, 2022) as against defendants Scott R. Jones, County of Sacramento, Sacramento County Sheriff's Department and Clinton Robinson ("the County Defendants"). That is, based on an agreement between the undersigned and counsel for the County Defendants,

1  Plaintiff no longer seeks entry of default in light of an expected responsive pleading or
2  motion to be filed by the County Defendants.
3  DATED: May 10, 2022

**DONALD W. COOK**
Attorney for Plaintiff

By: /s/ Donald W. Cook
Donald W. Cook

00150873.WPD