Jonathan B. Paul (SBN 215884)
Jill B. Nathan (SBN 186136)
**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, CA  95670
T: (916) 922-1200
F: (916) 922-1303
E: jpaul@rhplawyers.com
E: jnathan@rhplawyers.com

Attorneys for Defendants Scott R. Jones,
Clinton Robinson, County of Sacramento,
and Sacramento County Sheriff's Department

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE A. CARDINALE, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>SCOTT R. JONES, et al.,<br><br>*Defendants.* | Case No.: 2:20-cv-01325-MCE-CKD<br><br>**ORDER ON DEFENDANTS SCOTT R. JONES, CLINTON ROBINSON, COUNTY OF SACRAMENTO, AND SACRAMENTO COUNTY SHERIFF'S DEPARTMENT'S *EX PARTE* REQUEST FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>District Judge: Hon. Morrison C. England, Jr.<br>Hearing: VACATED (Doc. 46)<br>Original Complaint Filed: 07/01/2020<br>Trial Date: None set. |

Good cause having been shown, Defendants Scott R. Jones, Clinton Robinson, County of Sacramento, and Sacramento County Sheriff's Department's ("Defendants") Ex Parte Application for Extension of Time, ECF No. 48, is GRANTED.  The filing deadline for Defendants' opposition to plaintiff's motion for partial summary judgment is extended by two weeks, up to and including June 30, 2023.

**IT IS SO ORDERED.**

Dated:  June 21, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE