**DONALD W. COOK**, CSB 116666
ATTORNEY AT LAW
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA  90010
(213) 252-9444; (213) 252-0091 facsimile
E-mail: manncooklaw@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE A. CARDINALE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>XAVIER BECERRA, an individual sued in his official capacity only; SCOTT R. JONES, an individual sued in his official and individual capacities; COUNTY OF SACRAMENTO, a governmental entity; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, a public entity; CLINTON ROBINSON (#305), an individual sued in his official and individual capacities; and Does 1 through 20, all sued in their individual capacities,<br><br>Defendants. | Case No. 2:20-cv-1325-MCE-CKD<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO LOCAL RULE 230(m)(2)**<br><br>Date: N/A<br>Time: N/A |

-1-

00158603.WPD

TO THE HON. MORRISON C. ENGLAND, JR., SENIOR UNITED STATES DISTRICT JUDGE, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

     Pursuant to Local Rule 230(m)(2) and in connection with Plaintiff's motion for summary judgment or adjudication (ECF 45) Plaintiff hereby gives notice of the following authority filed after briefing on the above motion was concluded: *Baird v. Bonta*, 81 F.4th 1036 (9th Cir. 2023) (filed September 7, 2023).

DATED: January 11, 2024

                           **DONALD W. COOK**
                           Attorney for Plaintiff

By _____
            Donald W. Cook