UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE A. CARDINALE,<br><br>          Plaintiff,<br><br>     v.<br><br>SCOTT R. JONES, et al.,<br><br>          Defendants. | No.  2:20-cv-01325-MCE-CKD<br><br><br>**ORDER** |

Presently before the Court is Defendants' Bill of Costs.  ECF No. 72.  Plaintiff objects to the extent Defendants seek copying costs and alludes to bringing an objection to the deposition costs before this Court, although nothing additional has been filed.  ECF No. 73.  Accordingly, Defendants' Request for Costs is SUSTAINED, and costs are taxed against Plaintiff in the amount of $1,067.

     IT IS SO ORDERED.

Dated:  August 21, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1